

# Famighetti & Weinick PLLC

25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
pjf@fwlawpllc.com

January 22, 2025

**The conference scheduled for today at 3:30 p.m. is canceled.**

**Date: 1/22/25**

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**_Via ECF_**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    _Shariff v. Diamond Security Services, LTD_
       Docket No.: 24 CV 00008 (LJL)

Dear Judge Liman:

    I represent Defendant, Diamond Security Services, LTD in the referenced civil action. I write jointly with Plaintiff's counsel, Frank Tantone, Esq. to update the Court on what has transpired since my January 17th letter (Document 39).

    On Monday, January 20, Ms. Gbajumo and I met at my office. During our meeting, Ms. Gbajumo executed the settlement agreement amongst other settling documents. She was also apologetic for inadvertently delaying this process. The settlement documents were provided to Mr. Tantone who filed the Notice of Acceptance with Offer of Judgment with the Court on January 21 (Document 40). The settlement agreement became "effective" when Ms. Gbajumo signed the agreement on January 20 and Defendant intends to abide by its terms.

    As a result of the above, it is respectfully requested that this afternoon's 3:30pm in-person conference be cancelled or converted to a phone conference to save the parties time and expense to appear at the conference. We thank the Court for its time, consideration and attention to this matter.

Very truly yours,

_Peter J. Famighetti_
Peter J. Famighetti

Cc:    Frank Tantone, Esq.
       Attorney for Plaintiff
       (Via ECF)